UNITED STATES of America, Plaintiff–Appellee,

v.

Hector VELAZQUEZ, Defendant–Appellant.

No. 02–6230.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 2, 2002.

Decided Nov. 20, 2002.

Noell Peter Tin, Charlotte, North Carolina, for Appellant. Douglas Scott Broyles, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILLIAM D. WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Hector Velazquez seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Velazquez has not made a substantial showing of the denial of a constitutional right. *See United States v. Velazquez,* Nos. CR–97–297–V; CA–00–187–S (W.D.N.C. filed Nov. 30, 2001, entered Dec. 3, 2001). Accordingly, we deny a

certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*